# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RUTH McCOWN, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | CIVIL ACT. NO. 1:18-cv-374-TFM-MU |
| CAPITAL PAWN OF ALABAMA, LLC, | : : : | |
| Defendant. | : | |

## **ORDER**

Pending before the court is a *Stipulation of Dismissal With Prejudice* (Doc. 48, filed June 11, 2019) wherein Plaintiff Ruth McCown and Defendant Capital Paw of Alabama, LLC stipulate to the dismissal of the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). However, for the reasons discussed below, the Court instead construes the document as a motion for a court order of dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Rule 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2). Rule 41(a)(1)(A) allows for dismissal without a court order: (i) before the opposing party serves either an answer or a motion for summary judgment; or (ii) if the joint stipulation of dismissal is signed by all of the parties who have appeared.

In the case at hand, while both Plaintiff McCown and Defendant have signed the stipulation of dismissal, there is the question as to the purported class claims brought in the complaint and amended complaint. Moreover, the parties do not address it in their status reports or stipulation of dismissal. The stipulated dismissal certainly resolves the individual claims between Plaintiff

McCown and Defendant.  However, as the class certification issue was never addressed, the settlement does not (and cannot) address any purported class claims except to the extent Plaintiff McCown can no longer be the class representative.  Thus, for clarity, the Court must ensure that there is no future confusion on this issue.

Therefore, upon consideration of the motion (Doc. 48), it is **ORDERED** that it is **GRANTED as modified**.  All of Plaintiff McCown's individual claims against Defendant Capital Pawn of Alabama, LLC, are **DISMISSED with prejudice**, with each party to bear their own costs. The class claims are **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 12th day of June 2019.

                                        s/Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES DISTRICT JUDGE